IN THE MATTER OF DAN, A COLORED MAN.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Writ of habeas corpus ordered issued *p. 232; (2) decision *p. 236.
PAPERS IN FILE: [None]

IN THE MATTER OF THE ESTATE OF JOHN VOORHEIS, DECEASED (HIRAM HARTWELL, ADMINISTRATOR).

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Cognizance taken of disqualification of judge of probate *p. 234; (2) judge of probate ruled to transmit original papers *p. 234; (3) administrator ordered cited to render an account *p. 235; (4) reasons exhibited by judge of probate for not transmitting papers *p. 248; (5) register of probate ruled to show cause against attachment for contempt *p. 256; (6) judge of probate ruled to show cause against attachment for contempt *p. 256; (7) motion to make rule on register of probate absolute and for attachment *p. 290; (8) rule on register of probate made absolute, writ of attachment ordered issued *p. 291; (9) register ruled to transmit original papers *p. 304; (10) continued *p. 341.
PAPERS IN FILE: [None]
*1824–36 Calendar,* MS p. 175.

IN THE MATTER OF JOHN FARMER.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion for rule to show cause *p. 236; (2) reasons exhibited, rule for peremptory mandamus *p. 243.
PAPERS IN FILE: (1) Petition for mandamus; (2) copy of rule to show cause, proof of service; (3) reasons against mandamus.
*1824–36 Calendar,* MS p. 176.